UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA THIRD DIVISION

In re:
    TIMOTHY M. HASELBERGER                  SIGNATURE DECLARATION
        Debtor(s).

                                                               Case No. _____

__x__ PETITION, SCHEDULES & STATEMENTS
____ CHAPTER 13 PLAN
____ SCHEDULES & STATEMENTS ACCOMPANYING VERIFIED CONVERSION
____ AMENDMENT TO PETITION, SCHEDULES & STATEMENTS
____ MODIFIED CHAPTER 13 PLAN
____ OTHER(Please describe) _____

    I [We] ____TIMOTHY M. HASELBERGER____ and _____, the undersigned debtor(s) or authorized individual, *hereby declare under penalty of perjury* that the information I have given my attorney and provided in the electronically filed petition, statements, schedules, amendments, and/or chapter 13 plan, as indicated above, is true and correct. I consent to my attorney electronically filing my petition, a scanned image of this declaration, statements and schedules, amendments, and/or chapter 13 plan, as indicated above, with the United States Bankruptcy Court. I understand that a scanned image of this declaration is to be converted to PDF, and either inserted as the last page in the electronic submission or electronically submitted within five days after the above-named documents have been electronically submitted.

☒ [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

☐ [If petitioner is a corporation or partnership] I declare under penalty of perjury that the information provided in the petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

Date: __February 19, 2003__

X _/s/ Timothy M. Haselberger_                  X _____
   Signature of Debtor or Authorized Individual                 Signature of Joint Debtor

__TIMOTHY M. HASELBERGER__                  _____
Printed Name of Debtor or Authorized Individual           Printed Name of Joint Debtor

Form ERS 1 (Rev. 5/02)